NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1564, 2010-1004

SPECTRALYTICS, INC.

Plaintiff-Appellant,

v.

CORDIS CORPORATION,

Defendant-Cross Appellant,

and

NORMAN NOBLE, INC.

Defendant-Cross Appellant.

Appeals from the United States District Court for the District of Minnesota in case no. 05-CV-1464, Judge Patrick J. Schiltz.

ON MOTION

## O R D E R

Cordis Corporation and Norman Noble, Inc. move for a 30-day extension of time, until May 26, 2010, to file their reply brief. Spectralytics, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

APR 1 5 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: J. Derek Vandenburgh, Esq.
Eugene M. Gelernter, Esq.
James B. Niehaus, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 5 2010

JAN HORBALY
CLERK

2009-1564, 2010-1004                    - 2 -